HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00237-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| BRYAN SWILLIS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule and hearing date currently set in Case No. 1:17-cr-00237-DAD-BAM be modified as follows:

Defendant's Brief shall be filed by April 10, 2018.

Plaintiff's Brief shall be filed by May 1, 2018.

Defendant's Reply Brief shall be filed by May 8, 2018.

Hearing to be held on May 14, 2018, at 10:00 a.m.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded until May 14, 2018, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and

plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: March 23, 2018                      By:   */s/ Kimberly A. Sanchez*
                                                          KIMBERLY A. SANCHEZ
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff


                                                          HEATHER E. WILLIAMS
                                                          Federal Defender


Dated: March 23, 2018                      By:   */s/ Reed Grantham*
                                                          REED GRANTHAM
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          BRYAN SWILLIS


## **ORDER**

The court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above stipulation.


IT IS SO ORDERED.

Dated:   **March 23, 2018**                                                                                   
                                                                                            UNITED STATES DISTRICT JUDGE