1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   BRYAN SWILLIS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:17-cr-00237-DAD-BAM

12              Plaintiff,             **STIPULATION AND ORDER
                                       TO MODIFY BRIEFING SCHEDULE
13                                     AND HEARING DATE**

14       vs.

15  BRYAN SWILLIS,

16              Defendant.

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19  respective counsel that the briefing schedule and hearing date currently set in Case No. 1:17-cr-

20  00237-DAD-BAM be modified as follows:

21          Defendant's Brief shall be filed by May 1, 2018.

22          Plaintiff's Brief shall be filed by May 22, 2018.

23          Defendant's Reply Brief shall be filed by May 29, 2018.

24          Hearing to be held on June 4, 2018, at 10:00 a.m.

25          The parties are currently in plea negotiations and are approaching a resolution. The

26  requested continuance is with the intention of conserving time and resources for both parties and

27  the court. The parties agree that the delay resulting from the continuance shall be excluded until

28  June 4, 2018, in the interests of justice, including but not limited to, the need for the period of

                                              1

time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: April 10, 2018          By:    */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: April 10, 2018          By:    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN SWILLIS

## ORDER

The Court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated:   **April 10, 2018**          _____
UNITED STATES DISTRICT JUDGE