| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorney for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00237-DAD-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SENTENCING HEARING** |
| vs. | ) |
| | ) DATE: November 18, 2019 |
| BRYAN SWILLIS, | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the sentencing hearing in the above-captioned matter now set for May 28, 2019, may be continued to November 18, 2019 at 10:00 a.m. for further status conference on the sentencing hearing.

Mr. Swillis entered a guilty plea on May 29, 2018 and subsequently was ordered released to be transported to The Delancey Street Foundation in San Francsico, California. Attached as Exhibit A is a letter from the program showing that Mr. Swillis remains at the program and is in compliance. Accordingly, the parties are requesting a further continuance to monitor Mr. Swillis' progress at the program.

As this is a sentencing hearing, no exclusion of time is necessary.

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: May 21, 2019  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 21, 2019  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN SWILLIS

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for May 28, 2019, is continued to November 18, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 21, 2019**

UNITED STATES DISTRICT JUDGE