| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |

Attorneys for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00237-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | DATE: March 9, 2020 |
| BRYAN SWILLIS, | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the sentencing hearing in the above-captioned matter now set for November 18, 2019, may be continued to March 9, 2020 at 10:00 a.m. for further status conference on the sentencing hearing.

Mr. Swillis entered a guilty plea on May 29, 2018 and subsequently was ordered released to be transported to The Delancey Street Foundation in San Francsico, California. Attached as Exhibit A is a letter from the program showing that Mr. Swillis remains at the program and is in compliance. Accordingly, the parties are requesting a further continuance to monitor Mr. Swillis's progress at the program.

At the next status conference, assuming Mr. Swillis remains in compliance, a referral to probation will be requested so a presentence report can be generated for a sentencing date to be

set around the time of Mr. Swillis's completion of the program, anticipated in May 2020.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: November 13, 2019        */s/ Kimberly A. Sanchez*
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


DATED: November 13, 2019        */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                BRYAN SWILLIS

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 18, 2019, is continued to March 9, 2020, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **November 13, 2019**        /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE