| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorneys for Defendant |
| | BRYAN SWILLIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00237-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING; EXHIBIT** |
| vs. | DATE: June 22, 2020 |
| BRYAN SWILLIS, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the sentencing hearing in the above-captioned matter now set for March 9, 2020, may be continued to June 22, 2020 at 10:00 a.m. for sentencing.

Mr. Swillis entered a guilty plea on May 29, 2018 and subsequently was ordered released to be transported to the Delancey Street Foundation in San Francsico, California. Attached as Exhibit A is a letter from the program showing that Mr. Swillis remains at the program and is in compliance.

As Mr. Swillis is anticipating graduating from the Delancey Street Foundation at the end of May 2020, at this time the parties would request that the Court refer this matter to probation to prepare a report and recommendation for sentencing and that Mr. Swillis be permitted to

complete the interview telephonically in order to minimize the disruption to his time at the program.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: March 6, 2020      */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 6, 2020      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN SWILLIS

# **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for March 9, 2020, is continued to June 22, 2020, at 10:00 a.m. Additionally, this matter is referred to probation for the preparation of a report and recommendation for sentencing. Mr. Swillis is permitted to complete the interview telephonically.

IT IS SO ORDERED.

Dated:  **March 6, 2020**

UNITED STATES DISTRICT JUDGE