HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00237-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | DATE:   October 5, 2020<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| BRYAN SWILLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for June 22, 2020, at 10:00 a.m. may be continued to October 5, 2020 at 10:00 a.m.

Mr. Swillis entered a guilty plea on May 29, 2018 and subsequently was ordered released to be transported to the Delancey Street Foundation in San Francisco, California. *See* Dkt. #22, 23, 24. On March 6, 2020, the Court signed the parties' stipulation setting the matter for sentencing on June 22, 2020, at 10:00 a.m., and referred the matter to probation for the preparation of the presentence investigation report. *See* Dkt. #33. As of the date of this filing, Mr. Swillis remains at Delancey Street and is in good standing.

The parties are asking to continue this matter as probation is in need of additional time to interview Mr. Swillis and to complete the presentence investigation report. The proposed date

and time is a mutually agreeable date and time for the parties. As this is a sentencing hearing, no exclusion of time is necessary.

                    Respectfully submitted,

                    McGREGOR SCOTT
                    United States Attorney

Dated:  May 29, 2020          */s/ Kimberly A. Sanchez*
                    KIMBERLY A. SANCHEZ
                    Assistant United States Attorney
                    Attorney for Plaintiff

                    HEATHER E. WILLIAMS
                    Federal Defender

Dated:  May 29, 2020          */s/ Reed Grantham*
                    REED GRANTHAM
                    Assistant Federal Defender
                    Attorney for Defendant
                    BRYAN SWILLIS

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for June 22, 2020 at 10:00 a.m., is continued to October 5, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **May 29, 2020**                    _/s/ Dale A. Drozd_
                                              UNITED STATES DISTRICT JUDGE