HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SWILLIS,<br><br>Defendant. | Case No. 1:17-cr-00237-DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; EXHIBIT; ORDER**<br><br>Date:  November 16, 2020<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Bryan Swillis, that the sentencing hearing currently scheduled for October 5, 2020, at 10:00 a.m. may be continued to November 16, 2020, at 10:00 a.m.

Mr. Swillis entered a guilty plea on May 29, 2018 and subsequently was ordered released to be transported to the Delancey Street Foundation in San Francisco, California. *See* Dkt. #22, 23, 24. On March 6, 2020, the Court signed the parties' stipulation setting the matter for sentencing and referred the matter to probation for the preparation of the presentence investigation report. *See* Dkt. #33. On June 25, 2020, Mr. Swillis graduated from the Delancey Street Foundation program. *See* Exhibit A – Delancey Graduation Letter. Since his graduation,

1  Mr. Swillis has continued to reside in San Francisco, where he is currently being supervised by
2  Pretrial Services in the Northern District of California and is in compliance with all terms and
3  conditions of his release.

4  Undersigned counsel is in contact with the probation officer assigned to draft the
5  Presentence Investigation Report (PSR) in this case. As of the date of this filing, undersigned
6  counsel and the assigned probation officer have coordinated a date for the PSR interview (by
7  video). Additionally, undersigned counsel has mailed the releases required for the PSR to Mr.
8  Swillis, who is in the process of signing the releases and mailing them back to counsel who will
9  provide them to the assigned probation officer. The parties are requesting the continuance in this
10  case to enable the probation officer to have sufficient time to prepare the initial PSR.

11  Accordingly, the parties request that sentencing be continued to November 16, 2020.
12  Additionally, the parties request that the due date for informal and formal objections be modified
13  in accordance with a November 16, 2020 sentencing date. The requested continuance is made
14  with the intention of conserving time and resources for both the parties and the Court. The
15  government is in agreement with this request and the requested date is a mutually agreeable date
16  for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 10, 2020        */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 10, 2020        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
BRYAN SWILLIS

Swillis – Stipulation
and Proposed Order

2

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Monday, October 5, 2020, at 10:00 a.m. be continued to Monday, November 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 11, 2020**__          _____
                                        UNITED STATES DISTRICT JUDGE

Swillis – Stipulation
and Proposed Order

3