HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN SWILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00237-DAD-BAM |
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| BRYAN SWILLIS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Bryan Swillis (USMS #76992-097) shall be released from the Central Valley Annex on Tuesday, March 11, 2025, at 9:00 a.m. and to Kevin Mitchel from the Federal Defender's Office,

IT IS SO ORDERED.

Dated:  **March 10, 2025**   _____
UNITED STATES DISTRICT JUDGE